**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| INEZ TUTTLE, | ) | 3:13-cv-00373-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STEWART TITLE OF NEVADA HOLDING, and STEWART TITLE COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On July 18, 2013, the defendants filed a motion to dismiss plaintiff's complaint (#7). Plaintiff has failed to respond to the defendants' motion, and the time for doing so has expired. Accordingly, the plaintiff is hereby ordered to file any opposition to the defendants' motion to dismiss on or before September 26, 2013. Failure to do so may result in the dismissal of this action. *See Ghazali v. Moran*, 46 F.3d 52, 52 (9th Cir. 1995); L.R.7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.").

DATED: This 26th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE