# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| INEZ TUTTLE, | ) | 3:13-cv-00373-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | September 30, 2013 |
| | ) | |
| STEWART TITLE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  Katie Lynn Ogden  </u>  REPORTER:  <u>                    FTR                    </u>

COUNSEL FOR PLAINTIFF:  <u> Inez Tuttle, In Pro Per                                    </u>

COUNSEL FOR DEFENDANT:  <u> Aaron R. Maurice, Esq. (Telephonically)                    </u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

10:01 a.m.  Court convenes.

I.   **Joint Motion for Stay of Discovery Pending Decision on Motion to Dismiss (Doc. # 14)**

    The court addresses the parties' Joint Request for Stay of Discovery Pending Decision on Motion to Dismiss (Doc. # 14).  Although the court does not favor indefinite stays of discovery, good cause exists for a limited stay of discovery as to the instant matter.  Therefore, the parties' request for a stay of discovery is **GRANTED**.  However, the court will schedule a continued Status Conference for **Monday, January 6, 2014, at 9:30 a.m.**  Should the disposition of the motion to dismiss warrant a discovery plan be entered, or should the motion to dismiss remain pending prior to the date set for the continued status conference in early January 2014, the parties are directed to file a Stipulated Discovery Plan / Scheduling Order no later than **Friday, January 3, 2014**.

    Parties wishing to appearing telephonically for the continued Status Conference shall contact the courtroom deputy, Katie Lynn Ogden (775-686-5758), at least two (2) days prior to the hearing to advise her of the phone number where they may reached at the time of the hearing.

**MINUTES OF PROCEEDINGS**
3:13-cv-00373-HDM-WGC
Date:  September 30, 2013
Page 2
_____

II.   <u>**Amended Complaint Answer to Notion to Dismiss (Doc. ## 18 and 19)**</u>

     The court turns to Plaintiff's "Amended Complaint Answer to Notion to Dismiss" (Doc. ## 18 and 19).  The court advises the Plaintiff that any response to a motion to dismiss should be a separate filing from that of an amended complaint.  Furthermore, in order for an amended complaint to be considered by the court, after a response to the original complaint has been filed, the plaintiff must first seek leave from the court to file an amended complaint.  Therefore, the court will grant an extension of time for Plaintiff to, first, file a response to Defendant's Motion to Dismiss (Doc. # 7) and, second, file a motion seeking leave from the court to file an amended complaint.  Plaintiff is advised that the proposed first amended complaint should be attached to her motion seeking leave to file the amended complaint.  Plaintiff shall have up to and including **Friday, October 18, 2013**, to file both a response to Defendant's Motion to Dismiss and request for leave to file an amended complaint.  If additional time is needed to file the documents, Plaintiff shall request such an extension in writing and submit it to the court.

     Plaintiff is reminded that, should Defendant respond to the anticipated motion to seek leave to file an amended complaint, she is afforded the opportunity to file a reply to Defendant's response as governed by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

10:17 a.m. Court adjourns.

                  LANCE S. WILSON, CLERK

                  By: _____/s/_____
                     Katie Lynn Ogden, Deputy Clerk