# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

```
INEZ TUTTLE,                          )   3:13-cv-00373-HDM-WGC
                                      )
            Plaintiff,                )
                                      )   ORDER
vs.                                   )
                                      )
STEWART TITLE OF NEVADA HOLDING,      )
and STEWART TITLE COMPANY,            )
                                      )
            Defendants.               )
_____)
```

The plaintiff has filed a sur-reply to the defendant's motion to dismiss (#25). Defendants have filed a motion to strike the sur-reply as a fugitive document (#26). Local Rule 7-2 does not authorize the filing of a sur-reply, and plaintiff has not obtained leave of court to do so. Accordingly, defendants' motion to strike (#26) is **GRANTED** and plaintiff's sur-reply (#25) is hereby **STRICKEN**.

IT IS SO ORDERED.

DATED: This 13th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE