**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| INEZ TUTTLE, | ) | 3:13-cv-00373-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STEWART TITLE OF NEVADA HOLDING, STEWART TITLE COMPANY, JOHN CONNOLLY, JAMES D. TRUSSELL, MARLENA P. TRUSSELL, MARILYN SPENCER, and SUZANNE HASKINS, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

On December 31, 2013, the court granted plaintiff's motion to amend her complaint. In amending her complaint, plaintiff added five defendants to this case. According to plaintiff's notice filed with this court on January 13, 2014, plaintiff represented that two of the defendants share California citizenship with plaintiff. This case was removed to federal court on the basis of diversity jurisdiction. Removing defendant Stewart Title concedes that the addition of these non-diverse defendants has divested this

1

court of subject matter jurisdiction.  *See Morris v. Princess Cruises, Inc.*, 236 F.3d 1061, 1068 (9th Cir. 2001).  Accordingly, this action is hereby remanded to the Ninth Judicial District Court of the State of Nevada in and for the County of Douglas.

    IT IS SO ORDERED.

    DATED: This 15th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

2